UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 22, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RONALD J. ROACH, ) <br> Defendant. ) <br> ) | Case No. 2:19-cr-00182-JAM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, RONALD J. ROACH, Case No. 2:19-cr-00182-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__ Release on Personal Recognizance

__X__ Bail Posted in the Sum of: $25,000.00.

    __X__ Co-Signed Unsecured Appearance Bond

    ___ Secured Appearance Bond

    __X__ (Other) Conditions as stated on the record.

    __X__ (Other) The unsecured bond paperwork shall be filed by October 29, 2019.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __10/22/2019__ at __2:10 p.m.__

By: _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge