# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | 2:19-CR-0182-JAM<br>U.S. v. Ronald J. Roach and<br>Joseph W. Bayliss | Date: | March 9, 2021 |
|---|---|---|---|
| To: | The Honorable John A. Mendez,<br>Courtroom Deputy Gabriel Michel | From: | **Andre M. Espinosa**<br>**U.S. Attorney's Office**<br>**Eastern District of California**<br>**501 I Street, Ste 10-100**<br>**Sacramento, California 95814**<br>**Telephone: (916) 554-2700** |

    The parties jointly request that the Court vacate the hearing for Judgment and Sentencing in this matter for defendants Ronald J. Roach and Joseph W. Bayliss, currently scheduled for April 27, 2021, at 9:15a.m., and set a hearing for Judgment and Sentencing on July 27, 2021, at 9:15a.m.

    The defendants' counsel have been contacted informally and they will have additional notice through this request and any further notice the Court files.

    Defendants Ronald J. Roach and Joseph W. Bayliss are currently not in custody.