PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-182-JAM |
|---|---|
| Plaintiff, | MEMORANDUM REQUEST TO RESET SENTENCING SCHEDULE |
| v. | |
| RONALD J. ROACH, | |
| Defendant. | |

Sentencing in this matter is currently set for September 13, 2022.  For reasons related to ongoing investigation by the government and the defendant's agreement to cooperate, the parties hereby jointly stipulate and request that the court reset sentencing for December 14, 2022.

IT IS SO STIPULATED AND REQUESTED.

Dated:  September 8, 2022                        PHILLIP A. TALBERT
                                                 United States Attorney


                                                  /s/ CHRISTOPHER S. HALES
                                                 CHRISTOPHER S. HALES
                                                 Assistant United States Attorney

| | |
|---|---|
| Dated: September 8, 2022 | /s/ CHRISTIAN E. PICONE |
| | CHRISTIAN E. PICONE |
| | Counsel for Defendant |
| | RONALD J. ROACH |