CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANT RONALD J. ROACH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>RONALD J. ROACH and JOSEPH W. BAYLESS,<br><br>           Defendants. | CASE NO. 2:19-CR-182 DAD<br><br>MEMORANDUM REQUEST TO RESET SENTENCING SCHEDULE RE: RONALD ROACH |
|---|---|

Sentencing in this matter is currently set for December 14, 2022. On September 9, 2022, this matter was re-assigned to District Judge Drozd (see Dk. No. 84). The court is not available to hear the matter on the set date. Defendant and Plaintiff stipulate and request that the sentencing hearing is reset to Tuesday, December 13, 2022, at 9:30 AM.

IT IS SO STIPULATED AND REQUESTED.

DATED: SEPTEMBER 14, 2022        BERLINER COHEN, LLP


                                 BY:    /S/ CHRISTIAN E. PICONE
                                        CHRISTIAN E. PICONE
                                        ATTORNEYS FOR DEFENDANT RONALD J. ROACH


DATED: SEPTEMBER 14, 2022        PHILLIP A. TALBERT
                                 UNITED STATES ATTORNEY


                                 BY:    /S/ CHRISTOPHER S. HALES
                                        CHRISTOPHER S. HALES
                                        ASSISTANT UNITED STATES ATTORNEY

CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANT RONALD J. ROACH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-182 DAD |
| Plaintiff, | ORDER RE: RESET SENTENCING SCHEDULE |
| v. | |
| RONALD J. ROACH and JOSEPH W. BAYLESS, | |
| Defendants. | |

Pursuant to the Stipulation and Memorandum Request to Reset Sentencing Schedule Re: Ronald Roach the sentencing hearing currently set for December 14, 2022, is vacated, and the sentencing hearing is reset to December 13, 2022, at 9:30 AM.

IT IS SO ORDERED.

Dated:   **September 15, 2022**

_____
UNITED STATES DISTRICT JUDGE