```
1  PHILLIP A. TALBERT
   United States Attorney
2  CHRISTOPHER S. HALES
   KEVIN KHASIGIAN
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-182-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO RESET SENTENCING SCHEDULE |
| v. | |
| RONALD J. ROACH, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

Sentencing in this matter is currently set for May 23, 2023. For reasons related to ongoing investigation by the government and the defendant's agreement to cooperate, the parties hereby jointly stipulate and request that the court reset the sentencing for August 15, 2023.

IT IS SO STIPULATED AND REQUESTED.

Dated: May 19, 2023                    PHILLIP A. TALBERT
                                       United States Attorney


                                       /s/ CHRISTOPHER S. HALES
                                       CHRISTOPHER S. HALES
                                       Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER                    1
TO RESET SENTENCING SCHEDULE

Dated:  May 19, 2023                     /s/ CHRISTIAN E. PICONE
                                         CHRISTIAN E. PICONE
                                         Counsel for Defendant
                                         RONALD J. ROACH

**ORDER**

In light of the parties' stipulation, the sentencing hearing in this case is hereby continued to August 15, 2023 at 9:30 a.m. before the undersigned.

IT IS SO ORDERED.

Dated:  **May 19, 2023**                 _Dale A. Drozd_
                                         UNITED STATES DISTRICT JUDGE