CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANT RONALD J. ROACH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD J. ROACH,<br><br>    Defendant. | CASE NO. 2:19-CR-182 DAD<br><br>STIPULATION AND ORDER TO RESET SENTENCING HEARING |

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record (the "Parties"), hereby stipulate as follows:

The Sentencing hearing in this matter is currently set for November 14, 2023, at 9:30 a.m. For the following reasons, the Parties hereby jointly stipulate and request that the court reset the sentencing hearing for May 7, 2024, at 9:30 a.m.

WHEREAS the Grand Jury recently indicted attorney Ari Lauer (see related case *United States v. Lauer*, District Case No. 2:23-CR-261 DAD).

WHEREAS Defendant Ronald Roach ("Mr. Roach") is cooperating with the Government in the above referenced case.

///

///

///

///

WHEREAS the United States seeks to delay Mr. Roach's sentencing hearing in light of the new indictment.

WHEREAS the Government does not oppose the request.

IT IS SO STIPULATED.

DATED: OCTOBER 27, 2023                BERLINER COHEN, LLP


                                       BY:    /s/ CHRISTIAN E. PICONE
                                              CHRISTIAN E. PICONE
                                              ATTORNEYS FOR DEFENDANT RONALD J. ROACH


DATED: OCTOBER 27, 2023                PHILLIP A. TALBERT
                                       UNITED STATES ATTORNEY


                                       BY:   /s/ AUDREY B. HEMESATH
                                             AUDREY HEMESATH
                                             ASSISTANT UNITED STATES ATTORNEY


**ORDER**

In light of the parties' Stipulation, the sentencing hearing in this case is hereby continued to May 7, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **November 1, 2023**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE