CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANT RONALD J. ROACH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-182 DAD |
| Plaintiff, | STIPULATION AND ORDER TO RESET SENTENCING HEARING |
| v. | |
| RONALD J. ROACH, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record (the "Parties"), hereby stipulate as follows:

The Sentencing hearing in this matter is currently set for May 7, 2024, at 9:30 a.m. The Parties hereby jointly stipulate and request that the court reset the sentencing hearing for September 24, 2024, at 9:30 a.m. for the following reason:

WHEREAS Defendant Ronald Roach ("Mr. Roach") is cooperating with the Government in its ongoing and active investigation related to the DC Solar entities.

///

///

///

///

///

WHEREAS the United States seeks to delay Mr. Roach's sentencing hearing in light of the investigation.

WHEREAS Mr. Roach does not oppose the request.

SO STIPULATED.

DATED: MARCH 18, 2024                BERLINER COHEN, LLP


                                     BY: /S/ CHRISTIAN E. PICONE
                                         CHRISTIAN E. PICONE
                                         ATTORNEYS FOR DEFENDANT RONALD J. ROACH

DATED: MARCH 18, 2024                PHILLIP A. TALBERT
                                     UNITED STATES ATTORNEY


                                     BY: /S/ AUDREY HEMESATH
                                         AUDREY HEMESATH
                                         ASSISTANT UNITED STATES ATTORNEY

**ORDER**

In light of the parties' Stipulation, the sentencing hearing in this case is hereby continued to September 24, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **March 20, 2024**

                                     DALE A. DROZD
                                     UNITED STATES DISTRICT JUDGE