CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANT RONALD J. ROACH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00182-DAD-1 |
| Plaintiff, | STIPULATION AND ORDER TO RESET SENTENCING HEARING |
| v. | |
| RONALD J. ROACH, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record (the "Parties"), hereby stipulate as follows:

The Sentencing hearing in this matter is currently set for September 24, 2024, at 9:30 a.m. The Parties hereby jointly stipulate and request that the court reset the sentencing hearing for March 25, 2025, at 9:30 a.m. for the following reason:

WHEREAS Defendant Ronald Roach ("Mr. Roach") is cooperating with the Government in its ongoing and active investigation related to the DC Solar entities.

///

///

///

///

///

CASE NO. 2:19-CR-00182-DAD                                           -1-

STIPULATION AND ORDER TO RESET SENTENCING HEARING

WHEREAS the United States seeks to delay Mr. Roach's sentencing hearing in light of the investigation.

WHEREAS Mr. Roach does not oppose the request.

SO STIPULATED.

DATED: AUGUST 13, 2024     BERLINER COHEN, LLP

BY: /S/ CHRISTIAN E. PICONE
CHRISTIAN E. PICONE
ATTORNEYS FOR DEFENDANT RONALD J. ROACH

DATED: AUGUST 13, 2024     PHILLIP A. TALBERT
UNITED STATES ATTORNEY

BY: /S/ AUDREY HEMESATH
AUDREY HEMESATH
ASSISTANT UNITED STATES ATTORNEY

## ORDER

In light of the parties' Stipulation, the sentencing hearing in this case is hereby continued to March 25, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **August 13, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE