CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANT RONALD J. ROACH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-182 DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO RESET SENTENCING HEARING |
| v. | |
| RONALD J. ROACH, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record (the "Parties"), hereby stipulate as follows:

The Sentencing hearing in this matter is currently set for March 24, 2025, at 9:30 a.m. The Parties hereby jointly stipulate and request that the court reset the sentencing hearing for December 8, 2025, at 9:30 a.m. for the following reason:

WHEREAS Defendant Ronald Roach ("Mr. Roach") is cooperating with the Government in its ongoing and active investigation related to the DC Solar entities.

///

///

///

///

///

///

WHEREAS the United States seeks to delay Mr. Roach's sentencing hearing in light of the investigation.

WHEREAS Mr. Roach does not oppose the request.

SO STIPULATED.

DATED: JANUARY 10, 2025           BERLINER COHEN, LLP


                                  BY:  /s/ CHRISTIAN E. PICONE
                                       CHRISTIAN E. PICONE
                                       ATTORNEYS FOR DEFENDANT RONALD J. ROACH

DATED: JANUARY 10, 2025           PHILLIP A. TALBERT
                                  UNITED STATES ATTORNEY


                                  BY:  /s/ AUDREY HEMESATH
                                       AUDREY HEMESATH
                                       ASSISTANT UNITED STATES ATTORNEY

**ORDER**

In light of the parties' Stipulation and good cause appearing, the sentencing hearing in this case is hereby continued to December 8, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **January 10, 2025**                    _Dale A. Drozd_
                                                DALE A. DROZD
                                                UNITED STATES DISTRICT JUDGE