ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
NICHOLAS M. FOGG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>RONALD J. ROACH,<br><br>                  Defendant. | CASE NO. 2:19-CR-00182-DAD<br><br>STIPULATION AND ORDER TO RESET SENTENCING SCHEDULE |

      Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

      Sentencing in this matter is currently set for December 8, 2025. For reasons related to ongoing investigation by the government and the defendant's agreement to cooperate, the parties hereby jointly stipulate and request that the court reset the sentencing for March 2, 2026.

      IT IS SO STIPULATED AND REQUESTED.

Dated: December 2, 2025                            ERIC GRANT
                                                            United States Attorney

                                                             /s/ NICHOLAS M. FOGG
                                                             NICHOLAS M. FOGG
                                                             Assistant United States Attorney

Dated: December 2, 2025

/s/ CHRISTIAN E. PICONE
CHRISTIAN E. PICONE
Counsel for Defendant
RONALD J. ROACH

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, the sentencing hearing in this case is hereby continued from December 8, 2025, to March 2, 2026 at 9:30 a.m., in Courtroom 4 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **December 2, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE