ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
NICHOLAS M. FOGG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:19-CR-0182 DAD |
| Plaintiff, | STIPULATION REGARDING SENTENCING; ORDER |
| v. | |
| RONALD J. ROACH, | DATE: March 2, 2026 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows.

1.      The defendant pleaded guilty in October 2019.  ECF No. 8.  Sentencing in this matter is currently set for March 2, 2026.  For reasons related to ongoing investigation by the government and the

[remainder of page intentionally blank]

STIPULATION REGARDING SENTENCING HEARING                    1

defendant's agreement to cooperate, the parties hereby jointly stipulate and request that the Court reset the sentencing for April 13, 2026.

IT IS SO STIPULATED AND REQUESTED.


Dated:  February 8, 2026                    ERIC GRANT
                                            United States Attorney


                                            /s/ NICHOLAS M. FOGG
                                            AUDREY B. HEMESATH
                                            NICHOLAS M. FOGG
                                            Assistant United States
                                            Attorneys


Dated:  February 2, 2026                    /s/ CHRISTIAN E. PICONE
                                            CHRISTIAN E. PICONE
                                            Counsel for Defendant
                                            RONALD J. ROACH

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for March 2, 2026, is continued to April 13, 2026 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **February 9, 2026**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING SENTENCING HEARING

3