ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
NICHOLAS M. FOGG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>RONALD J. ROACH,<br><br>                              Defendant. | CASE NO.  2:19-CR-0182 DAD<br><br>STIPULATION REGARDING SENTENCING; ORDER<br><br>DATE: April 27, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows.

1.      The defendant was sentenced by the Court on April 13, 2026.  ECF 125.  A restitution hearing is currently set for April 27, 2026.

2.      The parties continue to work toward an agreed upon restitution figure and identify which legal issues that may require the Court to resolve in setting restitution.  The defendant's co-defendant Ari Lauer also has a restitution hearing schedule for April 27, 2026, and has filed a stipulation and proposed order to continue his restitution hearing to June 22, 2026.  2:23-cr-261, ECF 102.

///

///

///

STIPULATION REGARDING RESTITUTION HEARING                    1

3.     The parties therefore stipulate and agree and hereby request that the Court continue the restitution hearing to June 22, 2026.


IT IS SO STIPULATED AND REQUESTED.


Dated:  April 23, 2026                          ERIC GRANT
                                                United States Attorney


                                                /s/ NICHOLAS M. FOGG
                                                AUDREY B. HEMESATH
                                                NICHOLAS M. FOGG
                                                Assistant United States
                                                Attorneys


Dated:  April 23, 2026                          /s/ CHRISTIAN E. PICONE
                                                CHRISTIAN E. PICONE
                                                Counsel for Defendant
                                                RONALD J. ROACH


**ORDER**

IT IS SO ORDERED.

Dated:    **April 24, 2026**          _____
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING RESTITUTION HEARING                2