CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANT RONALD J. ROACH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-182 DAD |
| Plaintiff, | STIPULATION AND ORDER TO RESET RESTITUTION HEARING |
| v. | |
| RONALD J. ROACH, | |
| Defendant. | |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows.

1. The defendant was sentenced by the Court on April 13, 2026. ECF 125. A restitution hearing is currently set for June 22, 2026.

///

///

///

///

///

///

///

///

CASE NO. 2:19-CR-182 DAD

-1-

STIPULATION AND ORDER TO RESET RESTITUTION HEARING

4928-7799-6469v1
CEP\26914002

2.   The parties continue to work toward an agreed upon restitution figure and identify which legal issues may require the Court to resolve in setting restitution. The defendant's co-defendant Ari Lauer also has a restitution hearing schedule for June 22, 2026 and has filed a separate stipulation and proposed order to continue his restitution hearing to August 10, 2026 (2:23-cr-261).

SO STIPULATED.

DATED:  JUNE 15, 2026                    BERLINER COHEN, LLP


BY:  /s/ CHRISTIAN E. PICONE
     CHRISTIAN E. PICONE
     ATTORNEYS FOR DEFENDANT RONALD J. ROACH

DATED:  JUNE 15, 2026                    ERIC GRANT
                                         UNITED STATES ATTORNEY


BY:  /s/ NICOLAS M. FOGG
     NICOLAS M. FOGG
     ASSISTANT UNITED STATES ATTORNEY

## ORDER

In light of the above Stipulation and good cause appearing, the restitution hearing in this case is hereby continued to August 10, 2026 at 9:30 a.m.


IT IS SO ORDERED.

Dated:   **June 15, 2026**                _____
                                          DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE