ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
NICHOLAS M. FOGG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RONALD J. ROACH,<br>Defendant. | CASE NO. 2:19-CR-0182 DAD<br><br>STIPULATION REGARDING SENTENCING; ORDER<br><br>DATE: August 10, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows.

1. The defendant was sentenced by the Court on April 13, 2026. ECF 125. A restitution hearing is currently set for August 10,2026.

2. The parties continue to work toward an agreed upon restitution figure and identify which legal issues may require the Court to resolve in setting restitution. The defendant's co-defendant Ari Lauer also has a restitution hearing schedule for August 10, 2026 and has filed a stipulation and proposed order to continue his restitution hearing to September 21, 2026. 2:23-cr-261, ECF 107.

///

///

///

3. The parties therefore stipulate and agree and hereby request that the Court continue the restitution hearing to September 21, 2026.

IT IS SO STIPULATED AND REQUESTED.

Dated: August 4, 2026

ERIC GRANT
United States Attorney

/s/ NICHOLAS M. FOGG
AUDREY B. HEMESATH
NICHOLAS M. FOGG
Assistant United States Attorneys

Dated: August 4, 2026

/s/ CHRISTIAN E. PICONE
CHRISTIAN E. PICONE
Counsel for Defendant
RONALD J. ROACH

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the restitution hearing as to this defendant scheduled for August 10, 2026, is continued to September 21, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **August 5, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE