CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANT RONALD J. ROACH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RONALD J. ROACH,<br>Defendant. | CASE NO. 2:19-CR-182 DAD-1<br><br>STIPULATION AND ORDER TO RESET RESTITUTION HEARING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows.

1. The defendant was sentenced by the Court on April 13, 2026. ECF 125. A restitution hearing is currently set for October 19, 2026.

///

///

///

///

///

///

///

///

2. The parties continue to work toward an agreed upon restitution figure and identify which legal issues may require the Court to resolve in setting restitution. The defendant's co-defendant Ari Lauer also has a restitution hearing schedule for October 19, 2026 and has filed (or will file) a separate stipulation and proposed order to continue his restitution hearing to October 19, 2026 (2:23-cr-261). The parties seek to continue Mr. Roach's hearing on that same date and time.

SO STIPULATED.

DATED: OCTOBER 15, 2026

BERLINER COHEN, LLP

BY: */S/CHRISTIAN E. PICONE*
CHRISTIAN E. PICONE
ATTORNEYS FOR DEFENDANT RONALD J. ROACH

DATED: OCTOBER 15, 2026

ERIC GRANT
UNITED STATES ATTORNEY

BY: */S/ NICOLAS M. FOGG*
NICOLAS M. FOGG
ASSISTANT UNITED STATES ATTORNEY

**ORDER**

In light of the above Stipulation, the restitution hearing in this case is hereby continued to November 23, 2026 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 15, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE